*Ford Motor Co. v. Knight Law Group et al.*: Complaint Exhibit C
Selected Violations of 18 U.S.C. §§ 1341, 1343 (Mail Fraud, Wire Fraud)

| No. | From | To | Date | Format | Purpose | Description |
|---|---|---|---|---|---|---|
| 1 | Mirka Arellano KNIGHT LAW GROUP | Spencer P. Hugret GORDON & REES LLP | December 15, 2017 | Mail service of fraudulent fee application and supporting declarations | Securing funds to further fraudulent billing scheme | Motion for Attorney's Fees in Margeson v. Ford Motor Company, Los Angeles County Superior Court Case No. BC549430; supporting declarations of Steve Mikhov and Bryan Altman. |
| 2 | Eric Wilcox NIXON PEABODY LLP Legal Support Assistant | Dorothy Becerra KNIGHT LAW GROUP | June 14, 2018 | Payment via Mail | Securing funds to further fraudulent billing scheme | Hall v. FCA US LLC; Letter enclosing $36,099.75 check[1] from Fiat Chrysler Automobiles (FCA) to KLG |
| 3 | Spencer P. Hugret GORDON & REES LLP | Steve Mikhov KNIGHT LAW GROUP | July 24, 2018 | Payment via Mail | Securing funds to further fraudulent billing scheme | Buck v. Ford Motor Company, Stanislaus County Superior Court Case No. 2008745  Letter enclosing $135,500.00 check[2] from Ford to KLG |
| 4 | Eric Wilcox NIXON PEABODY LLP Legal Support Assistant | Dorothy Becerra KNIGHT LAW GROUP | July 26, 2018 | Payment via Mail | Securing funds to further fraudulent billing scheme | Vargas v. FCA US LLC, Orange County Superior Court Case No. 30-2016-00845431-CU-BC-CJC  Letter enclosing $106,560.55 check from FCA to KLG  Perez v. FCA US LLC |

---

[1] All checks that any RICO Defendant received from FCA were issued in Michigan.
[2] All checks that any RICO Defendant received from Ford were issued in Michigan.

|   |   |   |   |   |   | Letter enclosing $48,786.65 check from FCA to KLG <br><br> Timoco v. FCA US LLC <br><br> Letter enclosing $84,956.91 check from FCA to KLG |
|---|---|---|---|---|---|---|
| 5 | Ford Motor Company | Knight Law Group | August 15, 2018 | Payment via Mail | Securing funds to further fraudulent billing scheme | Duenas v. Ford Motor Company, Los Angeles County Superior Court Case No. BC638306 <br><br> $12,405.20 check from Ford to KLG. |
| 6 | Nancy Perrelli GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP | Steve Mikhov KNIGHT LAW GROUP | October 1, 2018 | Payment via Mail | Securing funds to further fraudulent billing scheme | Duk v. Ford Motor Company, San Diego County Superior Court Case No. 2016-00012779 <br><br> Letter enclosing $101,450.78 check from Ford to KLG. |
| 7 | Ford Motor Company | Knight Law Group | October 9, 2018 | Payment via Mail | Securing funds to further fraudulent billing scheme | Burgess v. Ford Motor Company, San Bernardino County Superior Court Case No. CIVDS1620111 <br><br> Letter enclosing $10,675.16 check from Ford to KLG |
| 8 | Ford Motor Company | Knight Law Group | October 12, 2018 | Payment via Mail | Securing funds to further fraudulent billing scheme | Orosco v. Ford Motor Company, Los Angeles County Superior Court Case No. BC638222 <br><br> Letter enclosing $15,005.00 check from Ford to KLG |
| 9 | Nancy Perrelli GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP | Steve Mikhov, Esq. KNIGHT LAW GROUP, LLP | November 29, 2018 | Payment via Mail | Securing funds to further fraudulent billing scheme | Lehde v. Ford Motor Company <br><br> Letter enclosing $185,000 check from Ford to KLG |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | Kai Patts<br>NIXON PEABODY LLP<br>Legal Support Assistant | Dorothy Becerra<br>KNIGHT LAW GROUP | March 7, 2019 | Payment via Mail | Securing funds to further fraudulent billing scheme | Hernandez v. FCA US LLC<br><br>Letter enclosing $38,656.66 check from FCA to KLG |
| 11 | Jeffrey C. Schmid<br>LEWIS BRISBOIS BISGAARD & SMITH LLP | Steve Mikhov, Esq.<br>KNIGHT LAW GROUP, LLP | March 21, 2019 | Payment via Mail | Securing funds to further fraudulent billing scheme | Marsoner v. FCA US LLC<br><br>Letter enclosing $23,030.35 check from FCA to KLG |
| 12 | Samantha Brignoni<br>Associate<br>Hawkins Parnell & Young, LLP | Steve Mikhov, Esq.<br>Daniel Kalinowski, Esq.<br>KNIGHT LAW GROUP, LLP | March 27, 2019 | Payment via Mail | Securing funds to further fraudulent billing scheme | Watts v. FCA US LLC, Orange County Superior Court Case No. 30-2017-00904736<br><br>Letter enclosing $45,118.37 check from FCA to KLG |
| 13 | Lou Ann Barbiera<br>NIXON PEABODY LLP<br>Legal Support Assistant | Steve Mikhov, Esq.<br>KNIGHT LAW GROUP, LLP | May 23, 2019 | Payment via Mail | Securing funds to further fraudulent billing scheme | Hagerman v. FCA US LLC, USDC C.D. Cal. Case No. 2:17-cv-06145-MRW<br><br>Letter enclosing $30,334.97 check from FCA to KLG |
| 14 | Lou Ann Barbiera<br>NIXON PEABODY LLP<br>Legal Support Assistant | Steve Mikhov, Esq.<br>KNIGHT LAW GROUP, LLP | July 3, 2019 | Payment via Mail | Securing funds to further fraudulent billing scheme | Marin v. FCA US LLC<br><br>Letter enclosing $57,365.10 check from FCA to KLG |
| 15 | Melissa Krumholt<br>NIXON PEABODY LLP<br>Practice Assistant | Steve Mikhov, Esq.<br>KNIGHT LAW GROUP, LLP | August 19, 2019 | Payment via Mail | Securing funds to further fraudulent billing scheme | Thompson v. FCA US LLC, Placer County Superior Court Case No. SCV0039299<br><br>Letter enclosing $41,920.51 check from FCA to KLG |
| 16 | Nina Moreno<br>Associate<br>Hawkins Parnell & Young, LLP | Steve Mikhov, Esq.<br>KNIGHT LAW GROUP, LLP | August 27, 2019 | Payment via Mail | Securing funds to further fraudulent billing scheme | Blasco Real Estate, Inc. v. FCA US LLC, San Bernardino County Superior Court Case No.: CIVDS1609641 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Letter enclosing $233,770.91 check from FCA to KLG |
| 17 | Nejla Nassirian, Esq. UNIVERSAL & SHANNON, LLP | Steve Mikhov, Esq. KNIGHT LAW GROUP | August 29, 2019 | Payment via Mail | Securing funds to further fraudulent billing scheme | Heil v. FCA US LLC, Sacramento County Superior Court Case No. 34-2016-00195870<br><br>Letter enclosing $119,864.17 check from FCA to KLG |
| 18 | Sandra Hayes, Secretary to Shahram Nassi LEWIS BRISBOIS BISGAARD & SMITH LLP | Steve Mikhov, Esq. KNIGHT LAW GROUP, LLP | September 5, 2019 | Payment via Mail | Securing funds to further fraudulent billing scheme | Talavera v. FCA US LLC, San Joaquin County Superior Court Case No. STKCVUBC20173011<br><br>Letter enclosing $39,929.36 check from FCA to KLG |
| 19 | David W. Cornell, Esq. CLARK HILL | KNIGHT LAW GROUP, LLP | September 13, 2019 | Payment via Mail | Securing funds to further fraudulent billing scheme | Hamilton v. FCA US LLC<br><br>Letter enclosing $56,486.75 check from FCA to KLG |
| 20 | Shelly Wetherington NIXON PEABODY LLP Paralegal | Steve Mikhov, Esq. KNIGHT LAW GROUP, LLP | September 17, 2019 | Payment via Mail | Securing funds to further fraudulent billing scheme | Johnson v. FCA US LLC<br><br>Letter enclosing $51,540.43 check from FCA to KLG<br><br>Cisneros v. FCA US LLC<br><br>Letter enclosing $107,252.27 check from FCA to KLG |
| 21 | Lawrence V. Van Houten Ongaro PC Paralegal | Crystal Rivas Knight Law Group, LLP | September 27, 2019 | Payment via Mail | Securing funds to further fraudulent billing scheme | Beltran v. FCA US LLC, Los Angeles County Superior Court Case No. BC617905<br><br>Letter enclosing $23,170.10 check from FCA to KLG |

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | Jeffrey C. Schmid<br>LEWIS BRISBOIS BISGAARD & SMITH LLP | Steve Mikhov, Esq.<br>KNIGHT LAW GROUP, LLP | October 2, 2019 | Payment via Mail | Securing funds to further fraudulent billing scheme | <u>Dodd v. FCA US LLC</u>, Riverside County Superior Court Case No. MCC1700496<br><br>Letter enclosing $99,308.66 check from FCA to KLG |
| 23 | Lou Ann Barbiera<br>NIXON PEABODY LLP<br>Legal Support Assistant | Steve Mikhov, Esq.<br>KNIGHT LAW GROUP, LLP | October 4, 2019 | Payment via Mail | Securing funds to further fraudulent billing scheme | <u>Kolakowski v. FCA US LLC</u><br><br>Letter enclosing $55,235.18 check from FCA to KLG |
| 24 | Elizabeth N. Branham<br>Hawkins Parnell & Young, LLP | Steve Mikhov, Esq.<br>KNIGHT LAW GROUP, LLP | October 8, 2019 | Payment via Mail | Securing funds to further fraudulent billing scheme | <u>Espinoza v. FCA US LLC</u>, Los Angeles County Superior Court Case No. BC662000<br><br>Letter enclosing $49,523.75 check from FCA to KLG |
| 25 | Lou Ann Barbiera<br>NIXON PEABODY LLP<br>Legal Support Assistant | Steve Mikhov, Esq.<br>KNIGHT LAW GROUP, LLP | October 17, 2019 | Payment via Mail | Securing funds to further fraudulent billing scheme | <u>Johnson v. FCA US LLC</u><br><br>Letter enclosing $40,348.53 check from FCA to KLG |
| 26 | Nina Moreno<br>Associate<br>Hawkins Parnell & Young, LLP | Steve Mikhov, Esq.<br>KNIGHT LAW GROUP, LLP | October 22, 2019 | Payment via Mail | Securing funds to further fraudulent billing scheme | <u>Morvarid v. FCA US LLC</u><br><br>Letter enclosing $17,914.82 check from FCA to KLG |
| 27 | Lou Ann Barbiera<br>NIXON PEABODY LLP<br>Legal Support Assistant | Steve Mikhov, Esq.<br>KNIGHT LAW GROUP, LLP | November 1, 2019 | Payment via Mail | Securing funds to further fraudulent billing scheme | <u>Benjamim v. FCA US LLC</u><br><br>Letter enclosing $72,334.16 check from FCA to KLG |
| 28 | Lou Ann Barbiera<br>NIXON PEABODY LLP<br>Legal Support Assistant | Steve Mikhov, Esq.<br>KNIGHT LAW GROUP, LLP | November 1, 2019 | Payment via Mail | Securing funds to further fraudulent billing scheme | <u>Celestine v. FCA US LLC</u><br><br>Letter enclosing $22,585.35 check from FCA to KLG |

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | Lawrence V. Van Houten<br>Ongaro PC<br>Paralegal | Crystal Rivas<br>KNIGHT LAW GROUP, LLP | November 1, 2019 | Payment via Mail | Securing funds to further fraudulent billing scheme | <u>Self v. FCA US LLC</u><br><br>Letter enclosing $41,633.86 check from FCA to KLG |
| 30 | Kyle A. Fellenz<br>CLARK HILL | Steve B. Mikhov, Esq.<br>KNIGHT LAW GROUP, LLP | December 3, 2019 | Payment via Mail | Securing funds to further fraudulent billing scheme | <u>Cha v. FCA US LLC</u>, Los Angeles County Superior Court Case No. BC638393<br><br>Letter enclosing $65,613.36 check from FCA to KLG |
| 31 | Elizabeth N. Branham<br>Hawkins Parnell & Young, LLP | Steve Mikhov, Esq.<br>KNIGHT LAW GROUP, LLP | March 9, 2020 | Payment via Mail | Securing funds to further fraudulent billing scheme | FCA's check No. 3305069 in the amount of $6,487.55 |
| 32 | Mark A. Johnson<br>LEWIS BRISBOIS BISGAARD & SMITH LLP | Steve Mikhov, Esq.<br>Amy Morse, Esq.<br>KNIGHT LAW GROUP, LLP | March 16, 2020 | Payment via Mail | Securing funds to further fraudulent billing scheme | <u>Martinez v. FCA US LLC</u>, Riverside County Superior Court Case No. RIC1801348<br><br>Letter enclosing $25,222.65 check from FCA to KLG |
| 33 | Mark A. Johnson<br>LEWIS BRISBOIS BISGAARD & SMITH LLP | Steve Mikhov, Esq.<br>Amy Morse, Esq.<br>KNIGHT LAW GROUP, LLP | March 20, 2020 | Payment via Mail | Securing funds to further fraudulent billing scheme | <u>Jimenez v. FCA US LLC</u>, Los Angeles County Superior Court Case No. BC665676<br><br>Letter enclosing $101,963.55 check from FCA to KLG |
| 34 | Mark A. Johnson<br>LEWIS BRISBOIS BISGAARD & SMITH LLP | Steve Mikhov, Esq.<br>Amy Morse, Esq.<br>KNIGHT LAW GROUP, LLP | March 20, 2020 | Payment via Mail | Securing funds to further fraudulent billing scheme | <u>Gamez v. FCA US LLC</u>, Los Angeles County Superior Court Case No. BC638011<br><br>Letter enclosing $124,043.70 check from FCA to KLG |
| 35 | Bryan Altman<br>ALTMAN LAW GROUP | Elizabeth McNulty<br>EVANS, FEARS & SCHUTTERT LLP | January 7, 2022 | Email | Securing funds to further fraudulent billing scheme | Email correspondence between Altman and Ford outside counsel in which Ford agrees to settle ALG fee claims by paying ALG $300,000.00 in: (i) <u>Berroteran v.</u> |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Ford Motor Company, Los Angeles County Superior Court Case No. BC542525, (ii) <u>Brown v. Ford Motor Company</u>, Butte County Superior Court Case No. 160060, and (iii) <u>Coon v. Ford Motor Company</u>, Riverside County Superior Court Case No. MCC1300767 |
| 36 | Ford Motor Company | Dorothy Becerra KNIGHT LAW GROUP | March 2, 2022 | Payment via Mail | Securing funds to further fraudulent billing scheme | <u>Coon v. Ford Motor Company</u>, Riverside County Superior Court Case No. MCC1300767<br><br>$793,924.29 check from Ford to KLG. |
| 37 | Elizabeth McNulty EVANS, FEARS & SCHUTTERT LLP | Richard Wirtz WIRTZ LAW APC | May 11, 2022 | Payment via Mail | Securing funds to further fraudulent billing scheme | <u>Anderson v. Ford Motor Company</u>, San Joaquin County Superior Court Case No. 39-2013-00299512-CU-BC-STK.<br><br>$38,270.98 check from Ford to Wirtz Law. |
| 38 | Los Angeles Superior Court | Knight Law Group | May 20, 2022 | Electronic filing and service, as well as mail service, of fraudulent fee applications and supporting declaration | Securing funds to further fraudulent billing scheme | Motion for Attorney's Fees in <u>Berroteran v. Ford Motor Company</u>, Los Angeles County Superior Court Case No. BC542525; supporting declaration of Roger Kirnos |
| 39 | Ford Motor Company | The Altman Law Group | June 6, 2022 | Payment via Mail | Securing funds to further fraudulent billing scheme | <u>Brown v. Ford Motor Company</u>, Butte County Superior Court Case No. 160060<br><br>$300,000 check from Ford to ALG |

| 40 | Ford Motor Company | The Altman Law Group | June 16, 2022 | Payment via Mail | Securing funds to further fraudulent billing scheme | Coon v. Ford Motor Company, Riverside County Superior Court Case No. MCC1300767<br><br>$300,000 check from Ford to ALG. |
|----|---|---|---|---|---|---|
| 41 | Ford Motor Company | Knight Law Group | June 16, 2022 | Payment via Mail | Securing funds to further fraudulent billing scheme | Coon v. Ford Motor Company, Riverside County Superior Court Case No. MCC1300767<br><br>$709,004.12 check from Ford to KLG. |
| 42 | Ford Motor Company | The Altman Law Group | July 20, 2022 | Payment via Mail | Securing funds to further fraudulent billing scheme | Berroteran v. Ford Motor Company, Los Angeles County Superior Court Case No. BC542525<br><br>$300,000.00 check from Ford to ALG. |
| 43 | Spencer Hugret GORDON & REES LLP | Roger Kirnos KNIGHT LAW GROUP | July 25, 2022 | Payment via Mail | Securing funds to further fraudulent billing scheme | Margeson v. Ford Motor Company, Los Angeles County Superior Court Case No. BC549430.<br><br>Letter enclosing $136,744.53 check from Ford to KLG. |
| 44 | Spencer Hugret GORDON & REES LLP | Bryan Altman ALTMAN LAW GROUP | August 17, 2022 | Payment via Mail | Securing funds to further fraudulent billing scheme | Margeson v. Ford Motor Company, Los Angeles County Superior Court Case No. BC549430.<br><br>Ford check in the amount of $500,000.00 |
| 45 | Spencer Hugret GORDON & REES LLP | Roger Kirnos KNIGHT LAW GROUP | September 26, 2022 | Payment via Mail | Securing funds to further fraudulent billing scheme | Margeson v. Ford Motor Company, Los Angeles County Superior Court Case No. BC549430. |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Letter enclosing $345,000 check from Ford to KLG. |
| 46 | Jacob Cutler | Ford's outside counsel | September 5, 2024 | Email | Securing funds to further fraudulent billing scheme | Cutler, copying numerous KLG attorneys, including Kirnos, sent ten fee statements to Ford's outside counsel, seven of which contain time entries as far back as 2018 and include entries for time allegedly billed by, among others, Amy Morse, Kristina Stephenson-Chang, and Lauren Ungs. |
| 47 | Roger Kirnos | Ford's outside counsel | April 21, 2025 | Email | Securing funds to further fraudulent billing scheme | Kirnos, copying numerous KLG attorneys, sent three fee statements to Ford's outside counsel. |