| | |
|---|---|
| 1 | Zachary K. Warren (State Bar No. 288398) |
| 2 | **WILLIAMS & CONNOLLY LLP**<br>680 Maine Avenue S.W. |
| 3 | Washington, DC 20024<br>Tel: (202) 434-5252 |
| 4 | Email: zwarren@wc.com |

*Attorney for Defendants Knight Law Group LLP, Steve B. Mikhov, Amy Morse, Roger Kirnos, and Dorothy Becerra*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR COMPANY, a Delaware Corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>KNIGHT LAW GROUP LLP; STEVE B. MIKHOV; AMY MORSE; ROGER KIRNOS; DOROTHY BECERRA; THE ALTMAN LAW GROUP; BRYAN C. ALTMAN; WIRTZ LAW APC; and RICHARD M. WIRTZ,<br><br>       Defendants. | Case No.: 2:25-cv-04550 MWC (PVC)<br><br>**NOTICE OF APPEARANCE**<br><br>**Hon. Michelle Williams Court**<br>**United States District Judge** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Zachary K. Warren of Williams & Connolly LLP hereby appears as counsel of record on behalf of Defendants Knight Law Group LLP, Steve B. Mikhov, Amy Morse, Roger Kirnos, and Dorothy Becerra.  Please add Zachary K. Warren as an attorney to be noticed on all matters at the following address:

> Zachary K. Warren, Esq.
> Williams & Connolly LLP
> 680 Maine Avenue S.W.
> Washington, DC 20024
> Tel.: (202) 434-5252
> Email: zwarren@wc.com

Dated: June 12, 2025

Respectfully submitted,

By: /s/ *Zachary K. Warren*

Zachary K. Warren (State Bar No. 288398)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue S.W.
Washington, DC 20024
Tel: (202) 434-5252
Email: zwarren@wc.com

*Attorney for Defendants Knight Law Group LLP, Steve B. Mikhov, Amy Morse, Roger Kirnos, and Dorothy Becerra*

---

1

NOTICE OF APPEARANCE

**PROOF OF SERVICE**

    I HEREBY CERTIFY that on the 12th day of June, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE OF ZACHARY K. WARREN AS COUNSEL OF RECORD FOR DEFENDANTS KNIGHT LAW GROUP LLP, STEVE B. MIKHOV, AMY MORSE, ROGER KIRNOS, AND DOROTHY BECERRA with the Clerk of Court using the CM/ECF system.  The CM/ECF system will send notification of such filing to all counsel of record.

    */s/ Zachary K. Warren*
Zachary K. Warren (State Bar No. 288398)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5252
Email: zwarren@wc.com