Daniel A. Saunders (State Bar No. 161051)
  dsaunders@kasowitz.com
Matthew S. Manacek (State Bar No. 312834)
  mmanacek@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: (424) 288-7904

Edward E. McNally (admitted *pro hac vice*)
  EMcNally@kasowitz.com
Daniel J. Fetterman (admitted *pro hac vice*)
  DFetterman@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1715
Facsimile: (212) 506-1800

*Attorneys for Plaintiff Ford Motor Company*

*(Defendants' attorneys listed on next pages)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR COMPANY, a Delaware Corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>KNIGHT LAW GROUP LLP; STEVE B. MIKHOV; AMY MORSE; ROGER KIRNOS; DOROTHY BECERRA; THE ALTMAN LAW GROUP; BRYAN C. ALTMAN; WIRTZ LAW APC; and RICHARD M. WIRTZ,<br><br>　　　　　Defendants. | Case No.: 2:25-cv-04550 MWC (PVC)<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT AND FOR SUBSEQUENT PLEADINGS**<br><br>**Filed Concurrently With:**<br>[Proposed] Order<br><br>Complaint First Served: May 22, 2025<br>First Response Due:  June 12, 2025<br>New Response Date: July 25, 2025<br><br>Hon. Michelle Williams Court<br>United States District Judge |

Neal Katyal (*pro hac vice forthcoming*)
  NKatyal@milbank.com
**MILBANK LLP**
1850 K Street, NW, Suite 1100
Washington, D.C. 20003
Tel: (202) 835-7505

Matthew Laroche (*pro hac vice forthcoming*)
  MLaroche@milbank.com
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Tel.: (212) 530-5514

Dane H. Butswinkas (*pro hac vice forthcoming*)
  dbutswinkas@wc.com
Zachary K. Warren (State Bar No. 288398)
  zwarren@wc.com
Elizabeth R. Peled (*pro hac vice forthcoming*)
  epeled@wc.com
Hallie Saunders (*pro hac vice forthcoming*)
  hsaunders@wc.com
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue S.W.
Washington, DC 20024
Tel: (202) 434-5252

Aaron S. Dyer (State Bar No. 161798)
  aaron.dyer@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017
Tel.: (213) 488-7321

*Attorneys for Defendants Knight Law Group LLP, Steve B. Mikhov, Amy Morse, Roger Kirnos, and Dorothy Becerra*

Earll M. Pott (State Bar No. 156516)
    epott@rosinglaw.com
**ROSING POTT & STROHBEHN**
770 First Avenue, Suite 200
San Diego, CA 92101
Tel: (619) 235-6000

*Attorney for Defendants Wirtz Law APC
and Richard M. Wirtz*

Gregor A. Hensrude (State Bar No. 226660)
    ghensrude@klinedinstlaw.com
**KLINEDINST PC**
501 West Broadway, Suite 1100
San Diego, California 92101
Tel.: (619) 400-8000
Fax: (619) 238-8707

*Attorney for Defendants The Altman Law Group
and Bryan C. Altman*

JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND FOR SUBSEQUENT PLEADINGS

Pursuant to Local Rule 8–3, Plaintiff Ford Motor Company and Defendants Knight Law Group LLP; Steve B. Mikhov; Amy Morse; Roger Kirnos; Dorothy Becerra; The Altman Law Group; Bryan C. Altman; Wirtz Law APC; and Richard M. Wirtz (collectively "Defendants"),[1] by and through their respective counsel of record, stipulate and agree to extend the time for all Defendants to respond to Plaintiff's Complaint [Dkt. 1] as follows:

1.  On May 22, 2025, Plaintiff served its Summons and Complaint on Defendant Wirtz Law APC [Dkt. 13]. Defendant Wirtz Law APC's answer is due by not later than June 12, 2025.

2.  On May 24, 2025, Plaintiff served its Summons and Complaint on Defendant Richard M. Wirtz [Dkt. 14]. Defendant Richard M. Wirtz's answer is due by not later than June 16, 2025.

3.  On May 24, 2025, Plaintiff served its Summons and Complaint on Defendant Dorothy Becerra [Dkt. 12]. Defendant Dorothy Becerra's answer is due by not later than June 16, 2025.

4.  On May 27, 2025, Plaintiff served its Summons and Complaint on Defendant Roger Kirnos [Dkt. 15]. Defendant Roger Kirnos's answer is due by not later than June 17, 2025.

5.  On May 28, 2025, Plaintiff served its Summons and Complaint on Defendant Bryan C. Altman [Dkt. 22]. Defendant Bryan C. Altman's answer is due by not later than June 18, 2025.

6.  On May 28, 2025, Plaintiff served its Summons and Complaint on Defendant The Altman Law Group [Dkt. 23]. Defendant The Altman Law Group's answer is due by not later than June 18, 2025.

7.  On June 4, 2025, Plaintiff served its Summons and Complaint on Defendant Amy Morse [Dkt. 24]. Defendant Amy Morse's answer is due by not later than June 25, 2025.

8.  On June 11, 2025, Defendant Knight Law Group LLP waived service of Plaintiff's Complaint pursuant to Rule 4(d) of the Federal Rules of Civil Procedure. Defendant Knight Law Group LLP's answer is due by not later than August 4, 2025.

9.  On June 11, 2025, Defendant Steve B. Mikhov waived service of Plaintiff's Complaint pursuant to Rule 4(d) of the Federal Rules of Civil Procedure. Defendant Steve B. Mikhov's answer is due by not later than August 4, 2025.

---

[1] Plaintiff and Defendants will collectively be referred to herein as "the Parties."

10. The Parties hereby stipulate to extend the time for all Defendants to respond to the Complaint until July 25, 2025—prior to the date on which responses otherwise would be due from Defendants Knight Law Group LLP and Steve B. Mikhov under Rule 4(d)(3), and from 30 to 43 days after responses otherwise would be due from the other Defendants.  Good cause exists for this stipulation because the Parties seek additional time to meet and confer regarding any alleged deficiencies in the Complaint and to promote judicial economy by placing all Defendants on the same briefing schedule with the goal of consolidating the briefing to the extent feasible.  Defendants have not received any prior extensions in this matter, and no prejudice will result by this extension.

11. The Parties also stipulate and agree to extend the time for Plaintiff to respond to any motion(s) filed pursuant to Rule 12 of the Federal Rules of Civil Procedure until sixty days after Defendants file any such motion(s), and to extend the time for Defendants to file any reply brief(s) in support of any Rule 12 motion(s) until thirty days after Plaintiff files its brief(s) in opposition.  The Parties have not received any prior extensions relating to these filings, and no prejudice will result by this extension.

IT IS SO STIPULATED.

Dated: June 12, 2025

By: /s/ Daniel A. Saunders
Daniel A. Saunders (State Bar No. 161051)
  dsaunders@kasowitz.com
Matthew S. Manacek (State Bar No. 312834)
  mmanacek@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: (424) 288-7904

Edward E. McNally (admitted *pro hac vice*)
  EMcNally@kasowitz.com
Daniel J. Fetterman (admitted *pro hac vice*)
  DFetterman@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway New York, New York 10019
Telephone: (212) 506-1715
Facsimile: (212) 506-1800

*Attorneys for Plaintiff Ford Motor Company*

Respectfully submitted,

By: /s/ Zachary K. Warren
Dane H. Butswinkas (*pro hac vice forthcoming*)
  dbutswinkas@wc.com
Zachary K. Warren (State Bar No. 288398)
  zwarren@wc.com
Elizabeth R. Peled (*pro hac vice forthcoming*)
  epeled@wc.com
Hallie Saunders (*pro hac vice forthcoming*)
  hsaunders@wc.com
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue S.W.
Washington, DC 20024
Tel: (202) 434-5252

Neal Katyal (*pro hac vice forthcoming*)
  NKatyal@milbank.com
**MILBANK LLP**
1850 K Street, NW, Suite 1100
Washington, D.C. 20003
Tel: (202) 835-7505

Matthew Laroche (*pro hac vice forthcoming*)
  MLaroche@milbank.com
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Tel.: (212) 530-5514

Aaron S. Dyer (State Bar No. 161798)
  aaron.dyer@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017
Tel.: (213) 488-7321

*Attorneys for Defendants Knight Law Group LLP, Steve B. Mikhov, Amy Morse, Roger Kirnos, and Dorothy Becerra*

By: */s/ Earll M. Pott*
Earll M. Pott (State Bar No. 156516)
  epott@rosinglaw.com
**ROSING POTT & STROHBEHN**
770 First Avenue, Suite 200
San Diego, CA 92101
Tel: (619) 235-6000

*Attorney for Defendants Wirtz Law APC and Richard M. Wirtz*

By: */s/ Gregor A. Hensrude*
Gregor A. Hensrude (State Bar No. 226660)
  ghensrude@klinedinstlaw.com
**KLINEDINST PC**
501 West Broadway, Suite 1100
San Diego, California 92101
Tel.: (619) 400-8000
Fax: (619) 238-8707

*Attorney for Defendants The Altman Law Group and Bryan C. Altman*

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(1), Zachary K. Warren hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*