Earll M. Pott, Esq., SBN 156516
Amara S. Barbará, Esq., SBN 323332
ROSING POTT & STROHBEHN
in partnership with Zelms Erlich Lenkov
501 West Broadway, Suite A380
San Diego, California 92101
(619) 235-6000
epott@rosinglaw.com
abarbara@@rosinglaw.com

Attorneys for Defendants RICHARD M. WIRTZ; and WIRTZ LAW APC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FORD MOTOR COMPANY, a Delaware Corporation,

Plaintiff,

v.

KNIGHT LAW GROUP LLP; STEVE B. MIKHOV; AMY MORSE; ROGER KIRNOS; DOROTHY BECERRA; THE ALTMAN LAW GROUP; BRYAN C. ALTMAN; WIRTZ LAW APC; and RICHARD M. WIRTZ,

Defendants.

Case No. 2:25-cv-04550

**NOTICE OF APPEARANCE OF AMARA S. BARBARA, ESQ.**

Judge: Hon. Michelle Williams
Dept.: 6A

Action Filed: May 21, 2025
Trial Date: Not Set

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Earll M. Pott, Esq., and Amara S. Barbara, Esq., of ROSING POTT & STROHBEHN in partnership with Zelms Erlich Lenkov ("ROSING, POTT & STROHBEHN") hereby enter their appearance as counsel of record for Defendants RICHARD M. WIRTZ, and WIRTZ LAW APC. Counsel should hereafter be noticed in this matter. Mr. Pott and Ms. Barbara's contact information is as follows:

/ / /

/ / /

/ / /

ROSING POTT & STROHBEHN
in partnership with Zelms Erlich Lenkov
501 West Broadway, Suite A380
San Diego, California 92101

Earll M. Pott, Esq., SBN 156516
Amara S. Barbara, Esq., SBN 323332
ROSING POTT & STROHBEHN
in partnership with Zelms Erlich Lenkov
501 West Broadway, Suite A380
San Diego, California 92101
(619) 235-6000
epott@rosinglaw.com
abarbara@@rosinglaw.com

ROSING POTT & STROHBEHN
in partnership with Zelms Erlich Lenkov

DATED: June 13, 2025

By: /s/ *Amara S. Barbará*
Earll M. Pott, Esq.
Amara S. Barbará, Esq.
Attorneys for Defendants, RICHARD M. WIRTZ and WIRTZ LAW, APC

ROSING POTT & STROHBEHN
in partnership with Zelms Erlich Lenkov
501 WEST BROADWAY, SUITE A380
SAN DIEGO, CALIFORNIA 92101

Case No. 2:25-cv-04550

2

NOTICE OF APPEARANCE OF AMARA S. BARBARA ESQ.