| Name and address: | |
|---|---|
| Neal K. Katyal | |
| Milbank LLP | |
| 1850 K Street, NW, Suite 1100 | |
| Washington, DC 20006 | |
| Telephone: (202) 835-7505 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Ford Motor Company | | CASE NUMBER |
| | Plaintiff(s), | 2:25-cv-04550-MWC-PVC |
| v. | | |
| Knight Law Group LLP, et al. | | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| | Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Katyal, Neal K.
*Applicant's Name (Last Name, First Name & Middle Initial)*                      *check here if federal government attorney* ☐

Milbank LLP
*Firm/Agency Name*

| 1850 K Street, NW, Suite 1100 | (202) 835-7505 | (202) 263-7586 |
|---|---|---|
| | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Washington, DC 20006 | nkatyal@milbank.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| Knight Law Group LLP; Steve B. Mikhov; Amy Morse; | ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* |
|---|---|
| Roger Kirnos; Dorothy Becerra | ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| District of Columbia (State) | 01/11/1999 | Yes |
| Maryland (State) | 06/10/2016 | Yes |
| U.S. Supreme Court | 12/16/2002 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

[                                                                                                                                             ]

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.
(2)  I am not a resident of the State of California.  I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3)  I am not currently suspended from and have never been disbarred from practice in any court.
(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  6/16/2025

Neal K. Katyal
*Applicant's Name (please type or print)*

*/s/ Neal Katyal*
*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Dyer, Aaron S.
*Designee's Name (Last Name, First Name & Middle Initial)*

Pillsbury Winthrop Shaw Pittman LLP
*Firm/Agency Name*

725 S. Figueroa St., 36th Floor
*Street Address*

Los Angeles, CA 90017-5524
*City, State, Zip Code*

(213) 488-7100
*Telephone Number*

(213) 629-1033
*Fax Number*

aaron.dyer@pillsburylaw.com
*Email Address*

161798
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated  6/16/2025

Aaron S. Dyer
*Designee's Name (please type or print)*

*/s/ Aaron S. Dyer*
*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

Courts Admitted (continued):

Name of Court: U.S. Court of Appeals for the Federal Circuit
Date of Admission: 10/11/2012
Active Member in Good Standing?: Yes

Name of Court: U.S. Court of Appeals for the D.C. Circuit
Date of Admission: 02/23/1999
Active Member in Good Standing?: Yes

Name of Court: U.S. Court of Appeals for the First Circuit
Date of Admission: 04/21/2016
Active Member in Good Standing?: Yes

Name of Court: U.S. Court of Appeals for the Second Circuit
Date of Admission: 04/07/2008
Active Member in Good Standing?: Yes

Name of Court: U.S. Court of Appeals for the Third Circuit
Date of Admission: 02/16/2018
Active Member in Good Standing?: Yes

Name of Court: U.S. Court of Appeals for the Fourth Circuit
Date of Admission: 03/14/2011
Active Member in Good Standing?: Yes

Name of Court: U.S. Court of Appeals for the Fifth Circuit
Date of Admission: 05/01/2015
Active Member in Good Standing?: Yes
[See attachment]

Neal K. Katyal<br>Pro Hac Vice Application

Courts Admitted (continued):

Name of Court:  U.S. Court of Appeals for the Sixth Circuit
Date of Admission:  04/03/2001
Active Member in Good Standing?:  Yes

Name of Court:  U.S. Court of Appeals for the Seventh Circuit
Date of Admission:  10/04/2011
Active Member in Good Standing?:  Yes

Name of Court:  U.S. Court of Appeals for the Eighth Circuit
Date of Admission:  04/03/2012
Active Member in Good Standing?:  Yes

Name of Court:  U.S. Court of Appeals for the Ninth Circuit
Date of Admission:  10/17/2012
Active Member in Good Standing?:  Yes

Name of Court:  U.S. Court of Appeals for the Tenth Circuit
Date of Admission:  06/15/2012
Active Member in Good Standing?:  Yes

Name of Court:  U.S. Court of Appeals for the Eleventh Circuit
Date of Admission:  03/28/2018
Active Member in Good Standing?:  Yes

Name of Court:  U.S. District Court for the District of Maryland
Date of Admission:  02/26/2021
Active Member in Good Standing?:  Yes

Name of Court:  Court of International Trade
Date of Admission:  03/14/2018
Active Member in Good Standing?:  Yes

# Supreme Court of Maryland

**Annapolis, MD**



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the tenth day of June, 2016,

### *Neal Kumar Katyal*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the ninth day of August, 2025.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this tenth day of June, 2025.

_____
Clerk of the Supreme Court of Maryland



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Neal Katyal*

*was duly qualified and admitted on January 11, 1999 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 10, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**