1  Gregor A. Hensrude, Bar No. 226660
   ghensrude@klinedinstlaw.com
2  Yumeng Jiang, Bar No. 348718
   ajiang@klinedinstlaw.com
3  KLINEDINST PC
   501 West Broadway, Suite 1100
4  San Diego, California 92101
   (619) 400-8000/FAX (619) 238-8707
5
   Attorneys for Defendants THE ALTMAN
6  LAW GROUP and BRYAN C. ALTMAN

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11 FORD MOTOR COMPANY, a                  Case No.: 2:25-cv-04550 MWC (PVC)
   Delaware Corporation,
12                                         **DEFENDANTS THE ALTMAN
            Plaintiff,                     LAW GROUP AND BRYAN C.
13                                         ALTMAN'S NOTICE OF MOTION
        v.                                 AND MOTION TO DISMISS
14                                         COMPLAINT PURSUANT TO
   KNIGHT LAW GROUP LLP; STEVE             FRCP 12(b)(6)**
15 B. MIKHOV; AMY MORSE; ROGER
   KIRNOS; DOROTHY BECERRA;
16 THE ALTMAN LAW GROUP;
   BRYAN C. ALTMAN; WIRTZ LAW             Date:      December 12, 2025
17 APC; and RICHARD M. WIRTZ,            Time:      1:30 p.m.
                                          Judge:     Hon. Michelle Williams Court
18          Defendant.                    Courtroom: 6A

19

20

21 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22      PLEASE TAKE NOTICE that on December 12, 2025, at 1:30 p.m., or as

23 soon thereafter as may be heard thereafter, in Courtroom 6A of the United States

24 District Court for the Central District of California, located at 350 W. 1st Street, 6th

25 Floor, Los Angeles, California, 90012, Defendants THE ALTMAN LAW GROUP

26 and BRYAN C. ALTMAN ("Defendants") will, and hereby do, move for an order

27 dismissing the Complaint of Plaintiff FORD MOTOR COMPANY ("Plaintiff")

28 pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6).

KLINEDINST PC
501 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101

1

KLINEDINST PC
501 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101

1      This Motion is made on the grounds that the Complaint, and its claims for

2   relief for: (1) Violation of 18 U.S.C. § 1962(c); and Violation of 18 U.S.C.

3   § 1962(d) and each of them, fail to state a claim for relief.

4      This Motion is based on this Notice of Motion and Motion, the attached

5   Memorandum of Points and authorities, the concurrently filed Request for Judicial

6   Notice in support of this Motion, the pleadings and records on file in this action,

7   including the Complaint, all other matters of which the Court may take judicial

8   notice, and any other argument or evidence that may be presented in support of this

9   Motion.

10      This Motion is made pursuant to all parties' stipulation and the court order

11   entered on June 12, 2025. ECF No. 26, 34.

12

13                           KLINEDINST PC

14

15

16   DATED:  July 25, 2025          By:  _____/s/ Yumeng Jiang_____

17                               Gregor A. Hensrude
                                Yumeng Jian
18                               Attorneys for Defendants THE ALTMAN
                                LAW GROUP and BRYAN C. ALTMAN
19

20

21

22

23

24

25

26

27

28

ALTMAN DEFENDANTS' NOTICE OF MOTION AND MOTION TO
DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(6)