1  **MILBANK LLP**
   Neal K. Katyal (admitted *pro hac vice*)
2  nkatyal@milbank.com
   1850 K Street, NW, Suite 1100
3  Washington, D.C. 20003
   Telephone: (202) 835-7505
4
   Matthew Laroche (admitted *pro hac vice*)
5  mlaroche@milbank.com
   55 Hudson Yards, 34th Floor
6  New York, NY 10001-2163
   Telephone: (212) 530-5688
7
   *Attorneys for Defendants Knight*
8  *Law Group LLP, Steve B. Mikhov,*
   *Amy Morse, Roger Kirnos, and*
9  *Dorothy Becerra*

10  [counsel caption continued on
    following page]
11
               **UNITED STATES DISTRICT COURT**
12
            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
13

| | |
|---|---|
| FORD MOTOR COMPANY, a Delaware Corporation, | Case No. 2:25-cv-04550-MWC-PVC |
| Plaintiff, | **DEFENDANTS KNIGHT LAW GROUP LLP, STEVE B. MIKHOV, AMY MORSE, ROGER KIRNOS, AND DOROTHY BECERRA'S NOTICE OF MOTION AND MOTION TO DISMISS AND MOTION TO STRIKE** |
| v. | |
| KNIGHT LAW GROUP LLP; STEVE B. MIKHOV; AMY MORSE; ROGER KIRNOS; DOROTHY BECERRA; THE ALTMAN LAW GROUP; BRYAN C. ALTMAN; WIRTZ LAW APC; and RICHARD M. WIRTZ, | *[Filed concurrently with Memorandum of Points and Authorities; Declaration of Matthew Laroche; Request for Judicial Notice; and [Proposed] Order]* |
| Defendants. | Hearing Date: December 12, 2025<br>Time: 1:30 p.m.<br>Judge: Hon. Michelle Williams Court<br>Court: 6A<br>Trial Date: None Set |

1  [counsel caption continued]

2  **WILLIAMS & CONNOLLY LLP**
3  Dane H. Butswinkas (admitted *pro hac vice)*
   dbutswinkas@wc.com
4  Zachary K. Warren (State Bar No. 288398)
   zwarren@wc.com
5  Elizabeth R. Peled (admitted *pro hac vice*)
   epeled@wc.com
6  Hallie Saunders (admitted *pro hac vice*)
   hsaunders@wc.com
7  680 Maine Avenue SW
   Washington, DC 20024
8  Telephone: (202) 434-5252

9
   **PILLSBURY WINTHROP SHAW PITTMAN LLP**
10 Aaron S. Dyer (State Bar No. 161798)
11 aaron.dyer@pillsburylaw.com
   Ronald L. Cheng (State Bar No. 138892)
12 ronald.cheng@pillsburylaw.com
   Lisseth A. Ochoa-Chavarria (State Bar No. 317130)
13 lisseth.ochoachavarria@pillsburylaw.com
   725 South Figueroa Street, 36th Fl.
14 Los Angeles, CA 90017
   Telephone: (213) 488-7100
15

16 *Attorneys for Defendants Knight Law Group LLP,
   Steve B. Mikhov, Amy Morse, Roger Kirnos, and Dorothy Becerra*

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF MOTION AND MOTION TO DISMISS AND MOTION TO STRIKE**

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that on December 12, 2025 at 1:30 p.m., or as soon thereafter as the matter shall be heard before the Honorable Michelle Williams Court, United States District Judge, in Courtroom 6A, 6th Floor of the United States Courthouse located at First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012, Defendants Knight Law Group LLP, Steve B. Mikhov, Amy Morse, Roger Kirnos, and Dorothy Becerra (the "Knight Law Defendants"), by and through their attorneys of record, will and hereby do move the Court for an order dismissing with prejudice the Complaint of Plaintiff Ford Motor Company alleging violations of 18 U.S.C. § 1962(c) and 18 U.S.C. § 1962(d) for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6), or alternatively for an order to strike the time-barred allegations in Ford's Complaint pursuant to Federal Rule of Civil Procedure 12(f).

This motion is based on the accompanying memorandum of points and authorities, declaration of Matthew Laroche and exhibits thereto, the documents listed in the Knight Law Defendants' accompanying request for judicial notice, and on such further evidence and argument as may be presented at any hearing of this motion.

This motion is made following meet and confer discussions by counsel for the parties pursuant to Local Rule 7-3, which took place via telephone conference on July 17, 2025. *See* Declaration of Matthew Laroche.

Dated: July 25, 2025

MILBANK LLP

By: */s/ Neal K. Katyal*

Attorneys for Defendants Knight Law Group LLP, Steve B. Mikhov, Amy Morse, Roger Kirnos, And Dorothy Becerra

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Aaron S. Dyer*

Attorneys for Knight Law Group LLP, Steve B. Mikhov, Amy Morse, Roger Kirnos, And Dorothy Becerra

WILLIAMS & CONNOLLY LLP

By: */s/ Zachary Kent Warren*

Attorneys for Knight Law Group LLP, Steve B. Mikhov, Amy Morse, Roger Kirnos, And Dorothy Becerra

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Aaron S. Dyer, attest under penalty of perjury that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 25, 2025                                         */s/ Aaron S. Dyer*