UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR COMPANY, a Delaware Corporation,<br><br>           Plaintiff,<br>     v.<br><br>KNIGHT LAW GROUP LLP; STEVE B. MIKHOV; AMY MORSE; ROGER KIRNOS; DOROTHY BECERRA; THE ALTMAN LAW GROUP; BRYAN C. ALTMAN; WIRTZ LAW APC; and RICHARD M. WIRTZ,<br><br>           Defendants. | Case No.: 2:25-cv-04550 MWC (PVC)<br><br>**ORDER VACATING DEFENDANTS' MOTIONS TO DISMISS FOLLOWING FILING OF FIRST AMENDED COMPLAINT (DKTS. 61, 65, 66)** |

On August 22, 2025, Plaintiff Ford Motor Company filed a First Amended Complaint.  In light of that filing, the Operative Complaint is no longer the original complaint.  As such, the Court **VACATES** Defendants' motions to dismiss (Dkts. # 61, 65, and 66).

**IT IS SO ORDERED.**

Dated: August 26, 2025

_____
Hon. Michelle Williams Court
United States District Judge