UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR COMPANY, a Delaware Corporation,<br><br>               Plaintiff,<br>     v.<br><br>KNIGHT LAW GROUP LLP; STEVE B. MIKHOV; AMY MORSE; ROGER KIRNOS; DOROTHY BECERRA; THE ALTMAN LAW GROUP; BRYAN C. ALTMAN; WIRTZ LAW APC; and RICHARD M. WIRTZ,<br><br>               Defendants. | Case No.: 2:25-cv-04550 MWC (PVC)<br><br>**ORDER GRANTING JOINT STIPULATION TO REALLOCATE PAGE LIMITS FOR DEFENDANTS' MEMORANDA OF POINTS AND AUTHORITIES IN SUPPORT OF MOTIONS TO DISMISS, PLAINTIFF'S RESPONSES TO MOTIONS, AND DEFENDANTS' REPLIES IN SUPPORT OF MOTIONS (DKT. 86)** |

    The Court, having read and considered the joint stipulation filed on behalf of Plaintiff Ford Motor Company and Defendants Knight Law Group LLP; Steve B. Mikhov; Amy Morse; Roger Kirnos; Dorothy Becerra; The Altman Law Group; Bryan C. Altman; Wirtz Law APC; and Richard M. Wirtz (collectively "Defendants"), and finding GOOD CAUSE thereon, hereby grants the stipulated reallocation of page limits for memoranda of points and authorities, and orders as follows:

    **IT IS HEREBY ORDERED** that Defendants may submit three motions to dismiss, each supported by a memorandum of points and authorities. Defendants are

relieved of complying with the 25-page limit for each of their memoranda of points and authorities, provided that Defendants' memoranda shall not exceed 75 pages in total;

**IT IS FURTHER ORDERED** that Plaintiff may submit three opposition memoranda to Defendants' three motions to dismiss. Plaintiff is relieved of complying with the 25-page limit for its opposition memoranda, provided that Plaintiff's memoranda shall not exceed 75 pages in total;

**IT IS FURTHER ORDERED** that Defendants may submit three reply memoranda in support of their three motions to dismiss. Defendants are relieved of complying with the 12-page limit for each of their memoranda, provided that Defendants' replies shall not exceed 36 pages in total.

**IT IS SO ORDERED.**

Dated: September 9, 2025

_____
Hon. Michelle Williams Court
United States District Judge