**MILBANK LLP**
Neal K. Katyal (admitted *pro hac vice*)
nkatyal@milbank.com
1850 K Street, NW, Suite 1100
Washington, D.C. 20003
Telephone: (202) 835-7505

Matthew Laroche (admitted *pro hac vice*)
mlaroche@milbank.com
55 Hudson Yards, 34th Floor
New York, NY 10001-2163
Telephone: (212) 530-5688

*Attorneys for Defendants Knight Law Group LLP, Steve B. Mikhov, Amy Morse, Roger Kirnos, and Dorothy Becerra*

[counsel caption continued on following page]

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR COMPANY, a Delaware Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>KNIGHT LAW GROUP LLP; STEVE B. MIKHOV; AMY MORSE; ROGER KIRNOS; DOROTHY BECERRA; THE ALTMAN LAW GROUP; BRYAN C. ALTMAN; WIRTZ LAW APC; and RICHARD M. WIRTZ,<br><br>  Defendants. | Case No. 2:25-cv-04550-MWC-PVC<br><br>**DEFENDANTS KNIGHT LAW GROUP LLP, STEVE B. MIKHOV, AMY MORSE, ROGER KIRNOS, AND DOROTHY BECERRA'S EX PARTE APPLICATION TO CONTINUE THE SCHEDULING CONFERENCE**<br><br>Hearing<br>Date: September 19, 2025<br>Time: 1:30 p.m.<br>Judge: Hon. Michelle Williams Court<br>Court: 6A<br>Trial Date: None Set |

[counsel caption continued]

**WILLIAMS & CONNOLLY LLP**
Dane H. Butswinkas (admitted *pro hac vice*)
dbutswinkas@wc.com
Zachary K. Warren (State Bar No. 288398)
zwarren@wc.com
Elizabeth R. Peled (admitted *pro hac vice*)
epeled@wc.com
Hallie Saunders (admitted *pro hac vice*)
hsaunders@wc.com
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5252

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Aaron S. Dyer (State Bar No. 161798)
aaron.dyer@pillsburylaw.com
Ronald L. Cheng (State Bar No. 138892)
ronald.cheng@pillsburylaw.com
Lisseth A. Ochoa-Chavarria (State Bar No. 317130)
lisseth.ochoachavarria@pillsburylaw.com
725 South Figueroa Street, 36th Fl.
Los Angeles, CA 90017
Telephone: (213) 488-7100

*Attorneys for Defendants Knight Law Group LLP, Steve B. Mikhov, Amy Morse, Roger Kirnos, and Dorothy Becerra*

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Knight Law Group LLP, Steve B. Mikhov, Amy Morse, Roger Kirnos, and Dorothy Becerra (the "Knight Law Defendants"), by and through their attorneys of record, will and hereby do apply to the Court, on an *ex parte* basis, for an Order continuing the Scheduling Conference currently set for October 3, 2025 [*see* Dkt. 68], and associated deadlines, to December 12, 2025, or any later date that is convenient to the Court.

The Knight Law Defendants seek to continue the Scheduling Conference because (1) it is currently set to take place before the pleadings are set; (2) the Knight Law Defendants are unsure what claims and allegations, if any, will survive their Motion to Dismiss and Motion to Strike; and (3) understanding the scope of Ford's intended claims is important to prepare a detailed and useful Joint Rule 26(f) Report.

This application is based upon this Application, the Memorandum of Points and Authorities filed concurrently herewith, the Declaration of Ronald L. Cheng filed concurrently herewith, the [Proposed] Order lodged concurrently herewith, and upon such other argument or evidence as may be introduced in connection with the application.

Pursuant to Local Rule 7-19.1, Pillsbury has given notice to counsel for defendants the Altman Law Group ("ALG"), Bryan C. Altman ("Altman", together with ALG, the "Altman Defendants"), Wirtz Law APC ("Wirtz Law"), and Richard Wirtz ("Wirtz", together with Wirtz Law, the "Wirtz Defendants") and plaintiff Ford Motor Company ("Ford"), of the date and substance of this *ex parte* application. *See* Declaration of Ronald L. Cheng, ¶ 11-12. The Wirtz Defendants and the Altman Defendants confirmed they support this *ex parte* application. *Id.* at ¶ 11. Counsel for Ford did not confirm Ford's position on this *ex parte* application. *Id.* at ¶ 12.

The contact information for Ford's counsel's is as follows:

| | |
|---|---|
| Daniel A. Saunders (SBN 161051) | Edward E. McNally (admitted *pro hac vice*) |
| DSaunders@kasowitz.com | EMcNally@kasowitz.com |

| | |
|---|---|
| Matthew S. Manacek (SBN 312834) | Daniel J. Fetterman (admitted *pro hac vice*) |
| MManacek@kasowitz.com | DFetterman@kasowitz.com |
| 1801 Century Park East, Suite 2400 Los Angeles, California 90067 | 1633 Broadway New York, New York 10019 |
| Telephone: (424) 288-7900 | Telephone: (212) 506-1715 |
| Facsimile: (424) 288-7901 | Facsimile: (212) 506-1800 |

The contact information for the Altman Defendants' counsel is as follows:

Gregor A. Hensrude, Bar No. 226660

ghensrude@klinedinstlaw.com

Yumeng Jiang, Bar No. 348718

ajiang@klinedinstlaw.com

KLINEDINST PC

501 West Broadway, Suite 1100

San Diego, California 92101

(619) 400-8000/FAX (619) 238-8707

The contact information for the Wirtz Defendants' counsel is as follows:

| | |
|---|---|
| Matthew J. Craig (SBN 350030) | John C. Quinn* |
| *mcraig@heckerfink.com* | *jquinn@heckerfink.com* |
| HECKER FINK LLP | Benjamin S. Spiegel* |
| 1150 South Olive Street, Suite 10-140 | *bspiegel@heckerfink.com* |
| Los Angeles, CA 90015 | HECKER FINK LLP |
| Telephone: (929) 294-2542 | 350 Fifth Avenue, 63rd Floor |
| Facsimile: (212) 564-0883 | New York, NY 10118 |
| | Telephone: (212) 763-0883 |
| | Facsimile: (212) 564-0883 |

Dated: September 17, 2025

MILBANK LLP

By: */s/ Matthew Laroche*

Attorneys for Defendants Knight Law Group LLP, Steve B. Mikhov, Amy Morse, Roger Kirnos, And Dorothy Becerra

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Aaron S. Dyer*

Attorneys for Knight Law Group LLP, Steve B. Mikhov, Amy Morse, Roger Kirnos, And Dorothy Becerra

WILLIAMS & CONNOLLY LLP

By: */s/ Zachary K. Warren*

Attorneys for Knight Law Group LLP, Steve B. Mikhov, Amy Morse, Roger Kirnos, And Dorothy Becerra

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Aaron S. Dyer, attest under penalty of perjury that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 17, 2025    */s/ Aaron S. Dyer*