**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ford Motor Company,<br><br>　　　　　　　　　　　　　　Plaintiff(s)<br>　　v.<br><br>Knight Law Group LLP, et al.,<br><br>　　　　　　　　　　　　　　Defendant(s) | CASE NUMBER:<br><br>CV 25-4550 MWC (PVCx)<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE |

　The parties have requested an informal discovery conference with Magistrate Judge Pedro V. Castillo.

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

A video conference is set for Monday, October 27, 2025, at 10:30 a.m.

Instructions for how to access the Zoom webinar can be found on Judge Castillo's Procedures & Schedules page located on the Court's website (www.cacd.uscourts.gov/honorable-pedro-v-castillo).

Dated:　October 22, 2025　　　　　　　　　　　　　　By:　Marlene Ramirez
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk