**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FORD MOTOR COMPANY, a Delaware Corporation<br><br>Plaintiff(s)<br><br>v.<br><br>KNIGHT LAW GROUP LLP, et al.<br><br>Defendant(s) | CASE NUMBER<br>2:25-cv-04550-MWC-PVC<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY (DKT. 132)** |

☒ The Court hereby orders that the request of:

Amy Morse   ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

☒ to substitute   Pamela L. Johnston   who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

555 S. Flower Street, Suite 3300
*Street Address*

Los Angeles                                pjohnston@foley.com
*City, State, Zip*                         *E-Mail Address*

213.972.4500        213.486.0065        132558
*Telephone Number*   *Fax Number*        *State Bar Number*

as attorney of record instead of  Matthew J. Laroche, Neal Kumar Katyal
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of  Amy Morse
*List **all** attorneys from same firm or agency who are withdrawing.*

Matthew J. Laroche, Neal Kumar Katyal

to withdraw as attorney of record for _____

**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  November 12, 2025                    /s/ [signature]
                                            U. S. District Judge

G–01 ORDER (02/24)    **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**