**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| FORD MOTOR COMPANY, a Delaware Corporation | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:25-cv-04550-MWC-PVC |
| v. | |
| KNIGHT LAW GROUP LLP, et al. | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY (DKT. 133)** |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

Amy Morse    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

☒ to substitute    Pamela L. Johnston    who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

Foley & Lardner LLP, 555 S. Flower Street, Suite 3300
*Street Address*

Los Angeles, CA 90071          pjohnston@foley.com
*City, State, Zip*              *E-Mail Address*

213.972.4500        213.486.0065         132558
*Telephone Number*   *Fax Number*         *State Bar Number*

as attorney of record instead of  Aaron S. Dyer, Lisseth A Ochoa-Chavarria, Mark D Litvack
*List **all** attorneys from same firm or agency who are withdrawing.*

Ronald Loh-Chi Cheng

**is hereby** ☒ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of  Amy Morse
*List **all** attorneys from same firm or agency who are withdrawing.*

Aaron S. Dyer, Lisseth A Ochoa-Chavarria, Mark D Litvack

to withdraw as attorney of record for

**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  November 12, 2025                    */s/ signature/*
                                            U. S. District Judge

G–01 ORDER (02/24)   **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**