**KASOWITZ LLP**
Daniel A. Saunders (SBN 161051)
DSaunders@kasowitz.com
Matthew S. Manacek (SBN 312834)
MManacek@kasowitz.com
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (424) 288-7900
Facsimile: (424) 288-7901

Edward E. McNally (*pro hac vice*)
EMcNally@kasowitz.com
Daniel J. Fetterman (*pro hac vice*)
DFetterman@kasowitz.com
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1715
Facsimile: (212) 506-1800

*Attorneys for Plaintiff Ford Motor Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR COMPANY, a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>KNIGHT LAW GROUP LLP; STEVE B. MIKHOV; AMY MORSE; ROGER KIRNOS; DOROTHY BECERRA; THE ALTMAN LAW GROUP; BRYAN C. ALTMAN; WIRTZ LAW APC; and RICHARD M. WIRTZ,<br><br>Defendants. | Case No.: 2:25-cv-04550-MWC-PVC<br><br>**PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE**<br><br>Date: November 21, 2025<br>Time: 1:30 PM<br>Courtroom: 6A<br>Judge: Hon. Michelle Williams Court<br><br>Trial Date: February 8, 2027 |

Edward E. McNally and Daniel J. Fetterman, counsel for Plaintiff Ford Motor Company ("Ford" or "Plaintiff"), residents of New York who have been admitted to this case pro hac vice, respectfully request leave to appear remotely at the hearings on Defendants' motions to dismiss, the KLG Defendants'[1] motion to strike, and the KLG Defendants' motion to stay discovery, all of which are schedule to be heard on Friday, November 21, 2025 at 1:30pm PST.

As set forth in the attached Declarations of Edward E. McNally and Daniel J. Fetterman, both of whom practice and reside on the East Coast, good cause exists to appear remotely at the hearings for the motions set to be heard.

As for Mr. McNally, due to other professional and personal travel and related obligations on the evening of Friday, November 21, 2025 on the East Coast, which as of today remain unclear, he is presently unable to confirm an ability to travel from New York to appear in-person in Los Angeles at the hearings for the motions set to be heard on Friday, November 21, 2025 at 1:30pm PST.

As for Mr. Fetterman, due to resource management issues, and given the lead role of Daniel A. Saunders in leading oral argument on behalf of the Plaintiff on Friday, November 21, 2025, when Mr. Fetterman is presently planned to be in New York, he is expected to travel from New York to appear in-person in Los Angeles at the hearings on the motions scheduled for hearing Friday, November 21, 2025 at 1:30pm PST.

As further set forth in the Declaration, counsel for Plaintiff have met and conferred on this request with counsel for Defendants, who do not oppose this request.

Plaintiff thanks the Court for its consideration of this request.

---

[1] The KLG Defendants include Defendants Knight Law Group LLP, Steve Mikhov, Roger Kirnos, Dorothy Becerra, and Amy Morse.

1  Dated: November 14, 2025                KASOWITZ LLP

                                           By: */s/ Matthew S. Manacek*
                                               Matthew S. Manacek

                                           *Attorneys for Plaintiff*
                                           *Ford Motor Company*