**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FORD MOTOR COMPANY, a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>KNIGHT LAW GROUP LLP; STEVE B. MIKHOV; AMY MORSE; ROGER KIRNOS; DOROTHY BECERRA; THE ALTMAN LAW GROUP; BRYAN C. ALTMAN; WIRTZ LAW APC; and RICHARD M. WIRTZ,<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-04550 MWC (PVC)<br><br>**ORDER DENYING REQUEST FOR DANIEL J. FETTERMAN AND EDWARD E. MCNALLY TO APPEAR REMOTELY (DKT. 139)** |

The Court, having read and considered the Request for Leave of Daniel J. Fetterman and Edward E. McNally to appear remotely at the November 21, 2025 hearing, **DENIES** the Request for lack of good cause.

**IT IS SO ORDERED.**

Dated: November 17, 2025

_____
Hon. Michelle Williams Court
United States District Judge