UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV25-04550-MWC-PVC | Date | November 21, 2025 |
|---|---|---|---|
| Title | Ford Motor Company v. Knight Law Group LLP, et al. | | |

Present: The Honorable   MICHELLE WILLIAMS COURT, U.S. District Judge

| T. Jackson | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Daniel Saunders<br>Edward McNally | Mark Larouche<br>Neal Katyal<br>Pamela Johnston<br>Gregor Hensrude<br>John Quinn |

**Proceedings:** DEFENDANTS THE ALTMAN LAW GROUP AND BRYAN C. ALTMAN'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (DKT. [88]); DEFENDANTS KNIGHT LAW GROUP, LLP, STEVE B. MIKHOW, AMY MORSE, ROGER KRINOS, AND DOROTHY BECERRA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT (DKT. [89]); DEFENDANTS WIRTZ LAW APC AND RICHARD M. WIRTZ'S MOTION TO DISMISS FIRST AMENDED COMPLAINT (DKT. [92]); DEFENDANTS KNIGHT LAW GROUP LLP, STEVEN B. MIKHOV, AMY MORSE, ROGER KIRNOS, AND DOROTHY BECERRA'S MOTION TO STRIKE (DKT. [93]); DEFENDANTS KNIGHT LAW GROUP LLP, STEVE B. MIKHOV, AMY MORSE, ROGER KIRNOS, AND DOROTHY BECERRA'S MOTION TO STAY DISCOVERY (DKT. [102])

The motions hearing is held. The Court hears oral argument from the parties. The Court takes the Motions **UNDER SUBMISSION** and a ruling will issue.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

**Initials of Preparer**   03:25 / TJ