UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV25-04550-MWC-PVC | Date | March 6, 2026 |
|---|---|---|---|
| Title | Ford Motor Company v. Knight Law Group LLP, et al. | | |

Present: The Honorable **MICHELLE WILLIAMS COURT, U.S. District Judge**

| T. Jackson | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Daniel Saunders<br>Matthew Manacek | Mark Larouche<br>Neal Katyal<br>Pamela Johnston |

**Proceedings:** **DEFENDANTS STEVE B. MIKHOV, ROGER KIRNOS, AND AMY MORSE'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT (DKT. [160])**

The motions hearing is held. The Court hears oral argument from the parties. The Court takes the Motions **UNDER SUBMISSION** and a ruling will issue.

01:05

**Initials of Preparer**  TJ